**OFODILE & ASSOCIATES, P.C.**
Attorneys-At-Law
**498 Atlantic Avenue**
**Brooklyn, New York 11217**
**Phone-718-852-8300 Fax. 718-852-7361**

June 7, 2012

Honorable Raymon Reyes
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:     Jermaine Wilson v. The City of New York
                11-CV- 2555 (CBA)(RER)

Dear Judge Reyes:

      I represent the Plaintiff Jermaine Wilson in the above referenced case. With the consent of Defense Counsel Diep Nguyen, Esq., I write to request the extension of Plaintiff's time to respond to Defendant's Motion for Summary Judgment to up to and including June 30, 2012.

      This is Plaintiff's first request for extension of time within which to respond to the said motion. The reason for this request is that within the past 45 days, my Office has received approximately five motions for summary judgment and two motions to dismiss. My office cannot adequately respond to all the motions within this time span in addition doing other necessary functions that may not be postponed, including depositions, a Reply Brief that I had to submit at the Second Circuit, and depositions that had to be completed to meet discovery deadlines that could not be extended..

                                              Respectfully Submitted:

                                              OFODILE & ASSOCIATES, P.C.

                                              By   s/Anthony Ofodile
                                              Anthony C. Ofodile, Esq.
                                              Attorneys for Jermaine Wilson

cc      Diep Nguyen, Esq., (by ECF)
          Assistant Corporation Counsel
          New York City Law Dept