

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DIEP NGUYEN<br>Assistant Corporation Counsel<br>phone: (212) 341-9848<br>fax: (212) 788-9776<br>e-mail: dinguyen@law.nyc.gov |
|---|---|---|

July 13, 2012

**VIA ECF**
Honorable Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Jermaine Wilson v. City of New York, et al., 11 CV 2555 (CBA) (RER)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to the defense of the above-referenced matter on behalf of defendants City of New York, Police Officer John Dammacco, and Dorota Marchelewicz ("defendants").

      I write to respectfully inform the Court that instead of serving an opposition to defendants' motion for summary judgment, plaintiff's counsel informed me today that plaintiff will be withdrawing his entire case. Once a proposed stipulation and order of dismissal has been executed by the parties, we will forward same to Judge Amon for her endorsement.

      Thank you for your time and consideration herein.

                                                Respectfully submitted,

                                                Diep Nguyen
                                                Assistant Corporation Counsel

cc:    Anthony C. Ofodile, Esq. (By ECF)
        Ofodile & Associates, P.C.
        Attorneys for Plaintiff
        498 Atlantic Avenue
        Brooklyn, New York 11217