

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DIEP NGUYEN<br>Assistant Corporation Counsel<br>phone: (212) 341-9848<br>fax: (212) 788-9776<br>e-mail: dinguyen@law.nyc.gov |
|---|---|---|

August 14, 2012

**VIA ECF**
Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Jermaine Wilson v. City of New York, et al.</u>, 11 CV 2555 (CBA) (RER)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to the defense of the above-referenced matter on behalf of defendants City of New York, Police Officer John Dammacco, and Dorota Marchelewicz ("defendants").

    Enclosed please find a Stipulation of Dismissal, which has been executed by the parties. We respectfully request that Your Honor endorse the enclosed stipulation.

    Thank you for your time and consideration herein.

Respectfully submitted,

Diep Nguyen
Assistant Corporation Counsel

cc:    Anthony C. Ofodile, Esq. (By ECF)
       Ofodile & Associates, P.C.
       Attorneys for Plaintiff
       498 Atlantic Avenue
       Brooklyn, New York 11217

       Honorable Ramon E. Reyes
       United States District Court
       Eastern District of New York
       225 Cadman Plaza East
       Brooklyn, New York 11201

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x
JERMAINE WILSON,

                Plaintiff,

   -against-

THE CITY OF NEW YORK,
POLICE OFFICER "JOHN DOE" #1
POLICE OFFICER JOHN DAMMACCO, Shield # 5546
DOROTA MARCHELEWICZ,

                Defendants.
----------------------------------------------------x

Index No. 11-cv-2555 (CBA)(RER)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED BY** and between the undersigned, Attorneys of Record for the respective parties herein, that all claims asserted in the Amended Complaint by Plaintiff Jermaine Wilson, based on Federal Question jurisdiction, be and are hereby dismissed on the merits with prejudice against The City of New York, Police Officer "John Doe" # 1, Police Officer John Dammacco, Shield # 5546, and Dorota Marchelewicz.

Dated: Brooklyn, New York
       August 13, 2012

OFODILE & ASSOCIATES, P.C.
Attorneys for Jermaine Wilson

By s/b_____
Anthony C. Ofodile, Esq.
498 Atlantic Avenue
Brooklyn, New York 11217

MICHAEL CARDOZO
Corp. Counsel of the City of New York

By_____
Diep Nguyen, Esq.
100 Church Street
New York, NY 10007

SO ORDERED

_____
Honorable Carol B. Amon, U.S.D.J